1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALICIA JACKSON,                          No.  2:15-cv-0065 JAM CKD PS

12                    Plaintiff,

13        v.                                   ORDER

14   SAN JOAQUIN COUNTY, et al.,

15                    Defendants.

16

17        Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which

18   she states that her monthly take home pay is $2,280.

19        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action

20   in federal district court.  28 U.S.C. § 1914(a).  In addition, a $50.00 general administrative fee for

21   civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an

22   action "without prepayment of fees and costs or security therefor, by a person who makes

23   affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. §  1915(a).  The

24   amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs.  Thus,

25   plaintiff has made an inadequate showing of indigency.  See Alexander v. Carson Adult High

26   Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th

27   Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).  Plaintiff will therefore

28   be granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.

1

1    Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of

2    $400 will result in a recommendation that the application to proceed in forma pauperis be denied

3    and the instant action be dismissed without prejudice.

4    Dated:  January 14, 2015

5    _____
     CAROLYN K. DELANEY
6    UNITED STATES MAGISTRATE JUDGE

7    4 jackson-sanjoaquin.ifp.den

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2