UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0065 JAM CKD PS<br><br><br>ORDER |

　　　　This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Defendants' motion to dismiss was originally noticed to be heard on June 24, 2015. Because no opposition was filed, the matter was continued to July 8, 2015 and plaintiff was directed to file opposition no later than June 19, 2015. Plaintiff again failed to timely file opposition. The motion was therefore submitted on the papers and findings and recommendations were filed recommending dismissal of the action.

　　　　After the findings and recommendations were filed, plaintiff requested continuance of the hearing. Plaintiff still has filed no opposition and has filed no objections to the findings and recommendations.

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 12) is denied.

2 | Dated: July 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 jackson0065.req

2